For plaintiff: Charles H. Eden.

For defendant: Frank H. Bellin.

Rose A. Reynolds
vs. } No. 86097.
Julius M. Davis

July 5, 1934.

POULIOT, J. This matter is now before the Court on giving the plaintiff opportunity to remit so much of the verdict as the Court deems excessive.

The Court feels that, on the evidence adduced, $4,000 would be a fair, reasonable and ample sum to award the plaintiff in damages.

Therefore, if the plaintiff, within ten days, remits all of the verdict in excess of $4,000, then defendant's motion for a new trial is denied, otherwise it is granted.

For plaintiff: Comstock & Canning.

For defendant: Hinckley, Allen, Tillinghast & Wheeler.